Hubert Kuo SBN 204036
Jeffrey T. Gwynn SBN 180548
ARDENT LAW GROUP
2301 DuPont Drive Ste 510
Irvine CA 92612
T: 949-863-9782
F: 949-863-9783
Email: hkuo@ardentlawgroup.com
Email: jgwynn@ardentlawgroup.com

Attorneys for Plaintiff Global Housebuyer Ltd,
a Hong Kong company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL HOUSE BUYER LIMITED, a Hong Kong company; in its individual capacity and as the assignee of Yu Jianghao and as assignee of Zhang Lifang;<br><br>     Plaintiffs,<br><br>vs.<br><br>JAMES DANIEL CLARK, an individual; AMERICAN IMPACT ENERGY I LLC, a Nevada limited liability company, AMERICAN IMPACT ENERGY LLC, a Nevada limited liability company, and DOES 1-10.<br><br>     Defendants. | Case No. 2:16-cv-07276-SJO-AS<br>Assigned for all purposes to:<br>Judge S. James Otero<br>Courtroom 1, 2nd Floor<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS JAMES DANIEL CLARK, AMERICAN IMPACT ENERGY I LLC, AND AMERRICAN ENERGY LLC; AND DECLARATION OF JEFFREY T. GWYNN IN SUPPORT OF APPLICATION** |

To the Clerk of the United States District Court for the Central District of

California:

     As provided by Rule 55 of the Federal Rules of Civil Procedure,

Plaintiff GLOBAL HOUSE BUYER LIMITED, a Hong Kong company; in

its individual capacity and as the assignee of Yu Jianghao and as assignee of

Zhang Lifang ("Plaintiff"), requests that the Clerk of the above-entitled

Court enter default in this matter against Defendants JAMES DANIEL

ARDENT LAW GROUP, PC
2301 Dupont Dr., Ste. 510
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783

1
APPLICATION FOR ENTRY OF DEFAULT

1 | CLARK, an individual; AMERICAN IMPACT ENERGY I LLC, a Nevada

2 | limited liability company; and AMERICAN IMPACT ENERGY LLC, a

3 | Nevada limited liability, (collectively "Defendants") on the ground that the

4 | aforementioned Defendants, and each of them, have failed to appear or

5 | otherwise respond to Plaintiff's Complaint within the time prescribed by the

6 | Federal rules of Civil Procedure.  Plaintiff served its Complaint and

7 | Summons in this matter on October 21, 2016, as evidenced by the proofs of

8 | service of Summons and Complaint on file with the Court.

9 |     The above stated facts are set forth in the accompanying Declaration

10 | of Jeffrey T. Gwynn filed herewith.

11 |                          Respectfully Submitted,

12 | Dated: November 21, 2016        ARDENT LAW GROUP, P.C.

13 |

14 |                 By:   */s/ Jeffrey Gwynn*

15 |                      Hubert H. Kuo
                     Jeffrey T. Gwynn

16 |                      Attorneys for Plaintiff Global
                     House Buyer Ltd.,

17 |                      a Hong Kong Company

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

ARDENT LAW GROUP, PC
2301 Dupont Dr., Ste. 510
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783

2
APPLICATION FOR ENTRY OF DEFAULT

1           **DECLARATION OF JEFFREY T. GWYNN**

2   I, Jeffrey T. Gwynn, declare as follows:

3         1.     I am an attorney licensed to practice in California and before this

4   Court. I am a senior associate of Ardent Law Group, P.C., and lead counsel for

5   Plaintiff GLOBAL HOUSE BUYER LIMITED ("GHB") in this matter. I submit

6   this declaration in support of GHB's Request for Default. I have personal

7   knowledge of the facts stated herein and, if called as a witness, I could and would

8   testify competently thereto.

9         2.     Attached as **Exhibit 1** is a true correct copy of GHB's Complaint

10   against Defendants JAMES DANIEL CLARK, AMERICAN IMPACT ENERGY I

11   LLC, and AMERICAN IMPACT ENERGY LLC (collectively "Defendants") for

12   breach of contract and fraud.

13         3.     Attached as **Exhibit 2** is a true and correct copy of the Summons for

14   this matter.

15         4.     The Summons and Complaint was served on each of the Defendants

16   on October 21, 2016.

17         5.     Attached as **Exhibit 3** is a true and correct copy of the Proof of

18   Service of Summons and Complaint against Defendant James Daniel Clark, who

19   was substitute serviced on October 21, 2016.

20         6.     Attached as **Exhibit 4** is a true and correct copy of the Proof of

21   Service of Summons and Complaint against Defendant American Impact Energy I

22   LLC, which was substitute serviced on October 25, 2016.

23         7.     Attached as **Exhibit 5** is a true and correct copy of the Proof of

24   Service of Summons and Complaint against Defendant American Impact Energy

25   LLC, which was substitute serviced on October 25, 2016.

26         8.     Under Rule 12 of the Federal Rules of Civil Procedure, the

27   Defendants were required to respond, answer or otherwise please to GHB's

28

ARDENT LAW GROUP, PC
2301 Dupont Dr., Ste. 510
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783

1
APPLICATION FOR ENTRY OF DEFAULT

Complaint by November 11, 2016.  None of the Defendants nor anyone claiming to represent any of the defendants have contacted anyone at Ardent Law Group, P.C. to request an extension to respond to GHB's Complaint.

9.     To this day, none of the defendants have served me or anyone at this law firm with a response, answer or pleading to GHB's Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of November, 2016 in Irvine, California

_/s/ Jeffrey T. Gwynn_
Jeffrey T. Gwynn

ARDENT LAW GROUP, PC
2301 Dupont Dr., Ste. 510
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783

2
APPLICATION FOR ENTRY OF DEFAULT

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is Ardent Law Group, P.C., 2301 Dupont Dr., Ste. 510, Irvine, CA 92612.

On November 22, 2016, I served the foregoing document described as follows:

**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS JAMES DANIEL CLARK, AMERICAN IMPACT ENERGY I LLC, AND AMERRICAN ENERGY LLC; AND DECLARATION OF JEFFREY T. GWYNN IN SUPPORT OF APPLICATION**

☒　　BY USPS FIRST CLASS MAIL

James Daniel Clark
1131 Alta Loma Rd., Apt 409
West Hollywood, CA 90069

American Impact Energy, LLC
c/o Registered Agents Inc.
401 Ryland St., Suite 100-A
Reno, NV 89502

American Impact Energy I, LLC
c/o Registered Agents Inc.
401 Ryland St., Suite 100-A
Reno, NV 89502

Executed on November 22, 2016 at Irvine, California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Vickie Boswell
Type or Print Name

*/s/ Vickie Boswell*
Signature

ARDENT LAW GROUP, PC
2301 Dupont Dr., Ste. 510
Irvine, California 92612
Telephone: (949) 863-9782
Facsimile: (949) 863-9783

3
APPLICATION FOR ENTRY OF DEFAULT